# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 12-cr-00267-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LORENZO LOYA-CARAVEO,
    a/k/a Anselmo Armendariz-Ramos,

    Defendant.

## MINUTE ORDER[1]

The matter is before the court *sua sponte.* On June 27, 2012, the court entered its **Trial Preparation Conference** [#10]. The court inadvertently entered the wrong two (2) dates for the commencement of the jury trial and the date of the Trial Preparation Conference.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the commencement of the jury trial **SHALL BE August 27, 2012**, at 8:30 a.m.;

    2. That the Trial Preparation Conference **SHALL BE** conducted on **August 24, 2012**, at 3:30 p.m.; and

    3. The court's **Trial Preparation Conference Order** [#10] entered June 27, 2012, is amended accordingly to the limited extent necessary to facilitate and implement this order.

    Dated: July 9, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.